| Attorney or Party without Attorney:<br>Elizabeth A. Kramer, Esq.<br>Erickson Kramer Osborne<br>182 Howard Street<br>Suite 736<br>San Francisco, Ca 94105<br>Telephone No: 510-919-2347 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | | |
| Plaintiff: Benjamin Chang | | | | | |
| Defendant: Interactive Brokers, LLC | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>21CV05967NC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information; Magistrate Judge Nathanael M. Cousins Civil Standing Order; Notice of Assignment to a U S Magistrate Judge for Trial

3. a. Party served:          Interactive Brokers LLC
   b. Person served:        Jon Gelman, Chief Compliance Officer

4. Address where the party was served:   One Pickwick Plaza
                                          Greenwich, CT  06830

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Aug. 09, 2021 (2) at: 3:30PM

7. **Person Who Served Papers:**
   a. Eric J. Rubin
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

   AUGUST 11, 2021
   *(Date)*                         *(Signature)*

8. **STATE OF CONNECTICUT, COUNTY OF** HARTFORD
   *Subscribed and sworn to (or affirmed) before me on this* 11 *day of* August *by Eric J. Rubin*
   *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   *(Notary Signature)*
   AMY J. CHANTRY 02.222302
   NOTARY PUBLIC
   MY COMMISSION EXPIRES 3/31/2023