UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CHANG, | Case No. 21-cv-05967-NC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| INTERACTIVE BROKERS LLC, | |
| Defendant. | |

In accordance with the Court's order granting Defendant's motion to dismiss, Plaintiff's complaint is dismissed. ECF 49. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 25, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge